IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lloyd A. Justice, | : |
| Plaintiff, | : |
| v. | : Case No. 2:09-cv-811 |
| Michael C. Walline, et al., | : JUDGE FROST |
| Defendants. | : |

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 23, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The complaint is dismissed as frivolous and for lack of subject matter jurisdiction without prejudice to refiling in state court. The Clerk shall mail a copy of the complaint and the Court's dismissal order to the defendants.

                                        S/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE